The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE UK
BRANCH, CERTAIN UNDERWRITERS
AT LLOYD'S LONDON, Subscribers to
Certificate No. CDB15/YFCP01/02,

Plaintiff,

v.

UNITED SPECIALITY INSURANCE
COMPANY and KNIGHT SPECIALTY
INSURANCE COMPANY,

Defendants.

Cause No. 19-00044 RSM

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS

**STIPULATION**

Defendants United Specialty Insurance Company (USIC) and Knight Specialty Insurance Company (KSIC) filed a notice of removal with this Court on January 10, 2019. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Plaintiff has 7 days in which to respond or present other defenses or objections. In order to provide Plaintiff additional time to respond to Defendants' counterclaims, the parties, by and through their respective counsel of record, hereby stipulate and agree to extend the foregoing deadline as follows:

STIPULATION AND ORDER EXTENDIND TIME TO
RESPOND TO DEFENDANTS' COUNTERCLAIMS - 1
No. 19-00044-RSM

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

|  | From | To |
|---|---|---|
| Plaintiff's deadline to respond to counterclaims: | February 21, 2019 | March 7, 2019 |

DATED this 21st day of February, 2019.

GORDON & POLSCER, LLC
Attorneys for Defendants

By: *s/Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA No. 40720
2211 Elliott Avenue, Suite 200
Seattle, WA 98121
(206) 223-4226
rhesselgesser@gordon-polscer.com

GORDON TILDEN THOMAS & CORDELL
Attorneys for Plaintiff

By: *s/Dale L. Kingman*
Dale L. Kingman, WSBA # 07060
John D. Cadagan, WSBA #47996
600 University Street, Suite 2915
Seattle, WA 98101
(206) 467-6477
dkingman@gordontilden.com
jcadagan@gordontilden.com

CHRISTENSEN HSU SIPES
Attorneys for Plaintiff

By: *s/Mark E. Christensen*
Mark E. Christensen *(Pro Hac Vice)*
Jack C. Hsu *(Pro Hac Vice)*
Mark A. Hooper (*Pro Hac Vice*)
135 South LaSalle Street
Chicago, IL 60603
(312)634-1014
mark@chs.law
jack@chs.law
markh@chs.law

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO DEFENDANTS' COUNTERCLAIMS - 2
No. 19-00044-RSM

Gordon
Tilden
Thomas
Cordell

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

IT IS SO ORDERED this 25 day of February 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

GORDON TILDEN THOMAS & CORDELL
Attorneys for Plaintiff

By: *s/ Dale L. Kingman*
   Dale L. Kingman, WSBA # 07060
   John D. Cadagan, WSBA #47996

CHRISTENSEN HSU SIPES
Attorneys for Plaintiff

By: *s/ Mark E. Christensen*
   Mark E. Christensen *(Pro Hac Vice)*
   Jack C. Hsu *(Pro Hac Vice)*
   Mark A. Hooper *(Pro Hac Vice)*

GORDON & POLSCER, LLC
Attorneys for Defendants

By:  *s/Ryan J. Hesselgesser*
   Ryan J. Hesselgesser, WSBA No. 40720

STIPULATION AND ORDER EXTENDIND TIME TO
RESPOND TO DEFENDANTS' COUNTERCLAIMS - 3
No. 19-00044-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477