UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE UK BRANCH, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, Subscribers to Certificate No. CDB15/YFCP01/002,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY and KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | NO. C19-44 RSM<br><br>STIPULATION AND [PROPOSED] ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE<br><br>DKT. 28 RE-NOTED TO AUGUST 30, 2019<br><br>DKT. 31 RE-NOTED TO SEPTEMBER 13, 2019 |

## **STIPULATION**

COME NOW the parties, by and through their respective undersigned counsel of record, and pursuant to LCR 7(d)(1) and (k), hereby stipulate and agree as follows:

1. Plaintiffs' Motion for Summary Judgment (Dkt. No. 28) is re-noted to August 30, 2019.

2. Plaintiffs' Reply will be due on August 30, 2019.

STIPULATION AND ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE - 1
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

3. Defendants' Motion for Summary Judgment on All Claims (Dkt. 34) is re-noted to September 13, 2019.

4. Plaintiffs' Response to Defendants' Motion will be due September 3, 2019.

5. Defendants' Reply will be due September 13, 2019.

DATED this 21st day of August, 2019.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By  s/ *John D. Cadagan*
Dale L. Kingman, WSBA #07060
John D. Cadagan, WSBA 47996
600 University Street, Suite 2915
Seattle, Washington 98101
dkingman@gordontilden.com
dcadagan@gordontilden.com

**CHRISTENSEN HSU SIPES LLP**
Attorneys for Plaintiffs

By  s/ *Mark E. Christensen*
Mark E. Christensen (Admitted Pro Hac Vice)
Jack C. Hsu (Admitted Pro Hac Vice)
Mark A. Hooper (Admitted Pro Hac Vice)
135 South LaSalle Street
Chicago, IL  60603
mark@chs.law
jack@chs.law
markh@chs.law

**FORSBERG & UMLAUF, P.S.**
Attorneys for Defendants USIC and KSIC

By  s/ *Ryan J. Hesselgesser* (email permission)
Ryan J. Hesselgesser, WSBA #40720
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
rhesselgesser@foum.law

STIPULATION AND ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE - 2
No.  2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA  98101-4172
206.467.6477

**ORDER**

IT IS SO ORDERED this 23rd day of August 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE-NOTING MOTIONS FOR
SUMMARY JUDGMENT AND REVISING BRIEFING
SCHEDULE - 3
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477