The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE UK BRANCH, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, Subscribers to Certificate No. CDB15/YFCP01/002,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY and KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | NO. 2:19-cv-00044 RSM<br><br>SECOND STIPULATION AND ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE<br><br>DKT. 28 RE-NOTED TO SEPTEMBER 13, 2019<br><br>DKT. 34 RE-NOTED TO SEPTEMBER 27, 2019 |

## **STIPULATION**

COME NOW the parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The Parties are currently engaged in informal settlement discussions that may eliminate the need for further briefing of these motions. The parties respectfully submit that the interests of judicial economy are served by ordering that the motions be re-noted and the briefing schedule extended.

SECOND STIPULATION AND ORDER RE-NOTING
MOTIONS FOR SUMMARY JUDGMENT AND REVISING
BRIEFING SCHEDULE - 1
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

2. The Parties have also discussed the necessity of taking one or more depositions prior to further briefings. As such, if this matter does not resolve within the next two weeks, the Parties may file a subsequent Stipulation to extend the briefing schedule to allow time for depositions to be completed.

3. Accordingly, the Parties stipulate and so move that the briefing schedule should be modified.

4. Plaintiffs' Motion for Summary Judgment (Dkt. No. 28) is re-noted to September 13, 2019.

5. Plaintiffs' Reply will be due on September 13, 2019.

6. Defendants' Motion for Summary Judgment on All Claims (Dkt. 34) is re-noted to September 27, 2019.

7. Plaintiffs' Response to Defendants' Motion will be due September 16, 2019.

8. Defendants' Reply will be due September 27, 2019.

DATED this 28th day of August, 2019.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Plaintiffs

        By   s/ *John D. Cadagan*
           Dale L. Kingman, WSBA #07060
           John D. Cadagan, WSBA 47996
           600 University Street, Suite 2915
           Seattle, Washington 98101
           dkingman@gordontilden.com
           jcadagan@gordontilden.com

//
//
//
//
//
//

SECOND STIPULATION AND ORDER RE-NOTING
MOTIONS FOR SUMMARY JUDGMENT AND REVISING
BRIEFING SCHEDULE - 2
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

**CHRISTENSEN HSU SIPES LLP**
Attorneys for Plaintiffs

By   s/ *Mark E. Christensen*
    Mark E. Christensen (Admitted Pro Hac Vice)
    Jack C. Hsu (Admitted Pro Hac Vice)
    Mark A. Hooper (Admitted Pro Hac Vice)
    135 South LaSalle Street
    Chicago, IL 60603
    mark@chs.law
    jack@chs.law
    markh@chs.law

**FORSBERG & UMLAUF, P.S.**
Attorneys for Defendants USIC and KSIC

By   s/*Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA #40720
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    rhesselgesser@foum.law

SECOND STIPULATION AND ORDER RE-NOTING
MOTIONS FOR SUMMARY JUDGMENT AND REVISING
BRIEFING SCHEDULE - 3
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

## ORDER

IT IS SO ORDERED.

DATED: September 4, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND ORDER RE-NOTING
MOTIONS FOR SUMMARY JUDGMENT AND REVISING
BRIEFING SCHEDULE - 4
No. 2:19-cv-00044 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477