UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE UK BRANCH, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, Subscribers to Certificate No. CDB15/YFCP01/002,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY and KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | No. 2:19-cv-00044-RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come on before the above-entitled court by stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Done this 28th day of February 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1
CAUSE NO. 2:19-CV-00044

2582532 / 1682.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Respectfully jointly submitted this 27th day of February, 2020.

By: *s/Ryan J. Hesselgesser*
 Ryan J. Hesselgesser, WSBA #40720
 901 Fifth Avenue, Suite 1400
 Seattle, Washington 98164-1039
 Telephone: (206) 689-8500
 Facsimile: (206) 689-8501
 Email: RHesselgesser@FoUm.law
 Attorney for Defendant United Specialty Insurance Company

By: *s/John Cadagan*
 Dale Kingman, WSBA # 07060
 John Cadagan, WBSA # 47996
 One Union Square
 600 University St., Suite 2915
 Seattle, Washington 98101
 Telephone: (206) 467-6477
 Facsimile: (206) 467-6292
 Email: dkingman@gordontilden.com
 Email: jcadagan@gordontilden.com
 Attorneys for Plaintiff

By: *s/Mark E. Christensen*
 Mark E. Christensen, Pro Hac Vice
 Jack C. Hsu, Pro Hac Vice
 Mark A. Hooper, Pro Hac Vice
 135 La Salle St.
 Chicago, IL 60603
 Telephone: (312) 634-1014
 Email: mark@chs.law
 Email: jack@chs.law
 Email: markh@chs.law
 Attorneys for Plaintiff

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:19-CV-00044

2582532 / 1682.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX